Sarah L. Bushnell, as executrix of the estate of R. M. Bushnell, deceased, E. E. Simpson, as surviving executor of the last will and testament of E. E. Simpson, deceased, David Perry and W. V. Perry, as administrator and administratrix of the estate of E. A. Perry, deceased, Appellants, vs. W. B. Chipley, Appellee.

Appeal from Circuit Court, Escambia county; William D. Barnes, Judge.

William Fisher, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.